MERWIN K. HART, Appellant, v. FRIENDS OF DEMOCRACY, INC., et al., Respondents, et al., Defendants.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN RICHMOND, Appellant.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

NELLIE LLEWELLYN, Appellant, v. SCHINE ILION CORPORATION et al., Respondents.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

WILLIAM MURPHY, an Infant, by EDWARD MURPHY, His Guardian ad Litem, Appellant, v. JOHN LA ROCQUE, Respondent.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

LESLIE McMILLEN, Appellant, v. JAMES VAN EPPS, Respondent, et al., Defendants.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [179 Misc. 851.]